Argued April 24, affirmed April 24, 1973

STATE OF OREGON, *Respondent, v.*
CHARLES JACKSON (No. C 72-09-2753 Cr),
*Appellant.*

508 P2d 817

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John H. Clough,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and FORT, Judges.

